UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:14-cr-153-T-30TGW

THOMAS GORDON JOHNSON

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 41) for the following assets:

   a. A Colt Python .357 magnum caliber pistol, bearing serial number E82145;

   b. A Ruger model LCP .380 auto caliber pistol, bearing serial number 371-89813;

   c. An Imez model IJ70-18A 9mm pistol, bearing serial number H609305;

   d. A Mossberg model 500 12-gauge shotgun, bearing serial number T577217;

   e. 6 rounds of assorted .357 caliber ammunition;

   f. 23 rounds of assorted .380 caliber ammunition;

   g. 50 rounds of Remington .357 caliber ammunition;

   h. 127 rounds of North China Industries - (Norinco), .380 ammunition;

   i. 95 rounds of unknown .38 caliber ammunition;

   j. 5 rounds of Winchester-Western, 12 caliber ammunition; and

   k. 21 rounds of .357 caliber ammunition.

The Court has already found that the defendant was a convicted felon and adjudicated him guilty of being a felon in possession of a firearm.  The Court now finds

the assets above were used in a knowing violation of the offense.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 41) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 31st day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2014\14-cr-153 forfeit 41.docx