UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                   Case No. 8:14-cr-153-T-30TGW

THOMAS GORDON JOHNSON

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 56), pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property:

- a. A Colt Python .357 magnum caliber pistol, bearing serial number E82145;
- b. A Ruger model LCP .380 auto caliber pistol, bearing serial number 371-89813;
- c. An Imez model IJ70-18A 9mm pistol, bearing serial number H609305;
- d. A Mossberg model 500 12-gauge shotgun, bearing serial number T577217;
- e. 6 rounds of assorted .357 caliber ammunition;
- f. 23 rounds of assorted .380 caliber ammunition;
- g. 50 rounds of Remington .357 caliber ammunition;
- h. 127 rounds of North China Industries - (Norinco), .380 ammunition;
- i. 95 rounds of unknown .38 caliber ammunition;
- j. 5 rounds of Winchester-Western, 12 caliber ammunition; and

    k. 21 rounds of .357 caliber ammunition.

On July 31, 2014, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 42.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 2, 2014 through August 31, 2014.  Doc. 44.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via certified United States mail and first class mail to Shannon Duffy and Cheryl Wells, the only parties believed to have a potential interest in the assets.  The United States filed a Notice to the Court recognizing each of their interests and agreed to return the firearms to them at the conclusion of this case.  Doc. 49.

No other third party or entity has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 56) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law, subject to the terms of the Stipulated Settlement Agreements entered into and filed in the instant case.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 6th day of October, 2014

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-153 fj 56.docx

3